# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | CIVIL ACTION NO: |
| **Plaintiff** | LOCAL RULE 7.1 DISCLOSURE STATEMENT |
| vs. | RE:<br>14 Little Ossipee Landing, N Waterboro, ME 04061 |
| **Nicole M. VanRosendael and Matthew J. Benson** | Mortgage:<br>April 29, 2016<br>Book 17225, Page 674 |
| **Defendants**<br>**Secretary of Housing and Urban Development**<br>**Party-In-Interest** | |

Pursuant to Federal Rule of Civil Procedure 7.1, 28 U.S.C. § 1332 and to enable District Judges and Magistrate Judges of the Court to evaluate the basis for Diversity Jurisdiction, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Plaintiff hereby submits Local Rule 7.1 Disclosure Statement, and Plaintiff states the following:

This Honorable Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries,

conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

> Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
> NewRez LLC d/b/a Shellpoint Mortgage Servicing - Plaintiff
> Matthew J. Benson - Defendant
> Nicole M. VanRosendael - Defendant
> Secretary of Housing and Urban Development - Party-in-Interest

NewRez LLC d/b/a Shellpoint Mortgage Servicing is a Delaware Limited Liability Company with its principal place of business located at 55 Beattie Place, Suite 10, Mail Stop 005, Greenville, SC 29601.

Newrez LLC d/b/a Shellpoint Mortgage Servicing is a Delaware Limited Liability Company with the single member being Shellpoint Partners LLC, a Delaware Limited Liability Company whose principal place of business 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

Shellpoint Partners LLC is a Delaware Limited Liability Company with the two members being NRM Acquisition LLC and NRM Acquisition II LLC, Delaware Limited Liability companies whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003. Both NRM Acquisition LLC and NRM Acquisition II LLC have the same single member of New Residential Mortgage LLC, a Delaware Limited Liability Company whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

New Residential Mortgage LLC has a single member of Rithm Capital Corp. a Delaware Corporation whose principal address is 799 Broadway, Floor 8, New York, NY 10003. Accordingly, the Plaintiff is a citizen of both Delaware and New York.

Defendants, Nicole M. VanRosendael and Matthew J. Benson, are residents of Waterboro,

County of York, and State of Maine.

The object of this litigation is a Note executed under seal currently owned and held by Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, in which Matthew J. Benson is the obligor and the total amount owed under the terms of the Note, as of February 13, 2024, is One Hundred Ninety-Eight Thousand Two Hundred Sixty-One and 07/100 ($198,261.07) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $181,337.86 |
| Interest | $9,039.84 |
| Escrow Deficiency | $6,091.78 |
| Legal Fees | $ 1,902.62 |
| Suspense Balance | $ -111.03 |
| Grand Total | $198,261.07 |

Thus, the amount in controversy well exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars, citizenship of the parties is diverse, and jurisdiction is proper.

Respectfully submitted,
NewRez LLC d/b/a Shellpoint Mortgage Servicing
By its attorneys

Dated: _____, 2024

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, _____, Esq. hereby certify that on _____, 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First-Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Matthew J. Benson
14 Little Ossipee Landing
North Waterboro, ME 04061

Nicole M. VanRosendael
14 Little Ossipee Landing
North Waterboro, ME 04061

Secretary of Housing and Urban Development
Laurie Janson, 100 Middle Street, East Tower, 6th Floor
Portland, ME 04101