UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | CIVIL ACTION NO: 2:24-cv-00051-NT |
| **Plaintiff** | |
| **vs.** | **RE:**<br>14 Little Ossipee Landing, N Waterboro, ME 04061 |
| Nicole M. Vanrosendael and Matthew J Benson | **Mortgage:**<br>April 29, 2016<br>Book 17225, Page 674 |
| **Defendants** | |
| Secretary of Housing and Urban Development | |
| **Party-In-Interest** | |

**PLAINTIFF'S WITNESS LIST**

The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby designates the following witnesses for trial:

1. Dave Rittenhouse, NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing, servicer and holder of the note for Plaintiff and counsel of record.

2. Defendants, Nicole M. Vanrosendael and Matthew J Benson.

Dated:  April 10, 2025

/s/Reneau J. Longoria, Esq.

Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on April 10, 2025, I served a copy of the above and attached documents by electronic notification using the CM/ECF system to the following:

/s/Reneau J. Longoria, Esq.

## SERVICE LIST

Matthew J Benson
14 Little Ossipee Landing
North Waterboro, ME 04061

Nicole M. Vanrosendael
14 Little Ossipee Landing
North Waterboro, ME 04061

Secretary of Housing and Urban Development
Laurie Janson, 100 Middle Street, East Tower, 6th Floor
Portland, ME 04101